UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE DOUGLAS METZ, II,

    Plaintiff,

v.                                           Case No.: 2:20-cv-709-FtM-38NPM

RANDALL STERLING and
CHARLOTTE COUNTY
GOVERNMENT,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. On October 6, 2020, the Court granted Defendant Randall Sterling's motion to dismiss pro se Plaintiff George Douglas Metz, II's Complaint as a shotgun pleading. (Doc. 14). In doing so, it dismissed without prejudice the Complaint and gave Plaintiff until October 20, 2020, to file an amended complaint. The Court warned Plaintiff that not doing so will result in the case being closed. (Doc. 14 at 4). To date, Plaintiff has not filed an amended complaint. The Court's Opinion and Order thus becomes a final judgment and the case will be closed. *See Auto. Alignment & Body Servs., Inc. v. State Farm,* 953 F.3d 707, 720 (11th Cir. 2020).

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) The above-captioned case is dismissed without prejudice.

(2) The Clerk is **DIRECTED** to enter judgment, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 26, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record